NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HK&S CONSTRUCTION HOLDING CORP.,**
*Appellant*

**v.**

**SECRETARY OF THE ARMY,**
*Appellee*

---

2019-2062

---

Appeal from the Armed Services Board of Contract Appeals in No. 60164, Administrative Judge J. Reid Prouty, Administrative Judge Richard Shackleford, Administrative Judge Timothy Paul McIlmail.

---

## JUDGMENT

---

CRAIG HOWARD PARKER, McElroy, Deutsch, Mulvaney & Carpenter, LLP, Morristown, NJ, for appellant.

KELLY A. KRYSTYNIAK, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, for appellee. Also represented by ROBERT EDWARD KIRSCHMAN, JR., PATRICIA M. MCCARTHY, RUSSELL JAMES UPTON, JEFFREY B. CLARK.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* BRYSON and WALLACH, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 7, 2020      /s/ Peter R. Marksteiner
Date                 Peter R. Marksteiner
                     Clerk of Court